# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES J. WALTERS  
11501 VENTURA BLVD.  
MACHESNEY PARK, IL 61115

SSN-xxx-xx-5318

Case Number: 07-71641

Case filed on: 7/10/2007  
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 002 | OPTION ONE MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DONALD P SULLIVAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | KLEUVER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JAMES J. WALTERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS FINANCE | 2,977.99 | 2,977.99 | 0.00 | 0.00 |
| 003 | OPTION ONE MORTGAGE CORPORATION | 19,810.15 | 16,000.00 | 0.00 | 0.00 |
|  | Total Secured | 22,788.14 | 18,977.99 | 0.00 | 0.00 |
| 001 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 206.78 | 206.78 | 0.00 | 0.00 |
| 007 | NCO FIN / 99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NCO FIN / 99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 206.78 | 206.78 | 0.00 | 0.00 |
|  | Grand Total: | 22,994.92 | 19,184.77 | 0.00 | 0.00 |

Total Paid Claimant:     $0.00  
Trustee Allowance:       $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/01/2007       By  /s/Heather M. Fagan